IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RUSSELL LANCE HUTCHINS                                PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:08cv688-JCS

ROCHELLE WALKER, M.D.,
CHRISTOPHER EPPS, and
GLORIA PERRY, M.D.                                          DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order of this date, judgment is hereby entered for Defendants and against Plaintiff, and this matter is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 23rd day of October, 2009.

                                                   /s/ James C. Sumner
                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE